**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|     Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00566-JRG |
| v. | § | LEAD CASE |
| | § | |
| GOOGLE, INC. | § | |
| LINE EURO-AMERICAS CORP., | § | |
| LINE CORP., | § | |
|     Defendants. | § | Case No. 2:16-cv-00567-JRG |

**ORDER**

The Court has considered the Joint Stipulation of Dismissal (Dkt. No. 72) by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendants LINE Euro-Americas Corporation and LINE Corporation (together, "LINE") and is of the opinion that the Stipulation should be **APPROVED**.

Accordingly, it is **ORDERED** that:

1.     Any and all claims and/or counterclaims by Uniloc and LINE against one another are **DISMISSED WITH PREJUDICE** from the lead case and member case.

2.     Uniloc and LINE shall each bear their own attorney's fees, expenses and costs.

3.     Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

The Clerk is **ORDERED** to terminate Line in lead case 2:16-cv-566-JRG. The Clerk is directed to **CLOSE** member case 2:16-cv-567-JRG. Any and all motions between Plaintiffs and LINE in this lead case or member case which are presently unresolved are hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 13th day of April, 2017.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE